# EXHIBIT B

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| Texas Business Court 8B | 25-BC08B-0007 |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| American Airlines, Inc. - Plaintiff | See attached |
| JetBlue Airways Corporation - Defendant | See attached |
|  |  |
|  |  |
|  |  |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?    ☐ Yes    ☑ No

    If "*Yes,*" by which party and on what date?

    _____    5/28/25 _____
    Party                                                          Date

4.  **Answer:**

Was an Answer made in State Court?    ☐ Yes          ☑ No

If "*Yes*," by which party and on what date?

_____          _____

Party                                                          Date

5.  **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

6.  **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| N/A | |

7.  **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Breach of Contract, Claim for Attorney's Fees |

**American Airlines, Inc. v. JetBlue Airways Corporation**

**Civil Cover Sheet – Attachment**

Counsel for Plaintiff American Airlines, Inc.

Kelly Hart & Hallman LLP
 Dee J. Kelly Jr., State Bar No. 11217250)
 Julia G. Wisenberg, State Bar No. 24099146)
 Julia G. Wisenberg
 201 Main Steet, Suite 2500
 Fort Worth, Texas 76102
 Telephone: (817) 332-2500

Latham & Watkins LLP
 David C. Tolley
 B.J. Trach
 200 Clarendon Street
 Boston, Massachusetts 02116
 Telephone: (617) 948-6000

Latham & Watkins LLP
 Michael Bern
 555 11th Street NW
 Washington, D.C. 20004
 Telephone: (202) 637-2200

Counsel for Defendant JetBlue Airways Corporation

Brewer, Attorneys and Counselors
 William A. Brewer, III, Bar No. 02967035
 Joshua H. Harris, State, Bar No. 24127306
 1717 Main Street, Suite 5900
 Dallas, Texas 75201
 Telephone: (214) 653-4802

Pallas Partners (US) LLP
 Michael A. Hanin
 Joshua A. Naftalis
 Andrew W. Breland
 Adair Kleinpeter-Ross
 75 Rockefeller Plaza
 New York, New York 10019
 Telephone: (212) 970-2300