UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMERICAN AIRLINES INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 3:25-CV-1337-X |
| § | |
| JETBLUE AIRWAYS CORP., § | |
| § | |
| *Defendant*. § | |

## **ORDER**

On May 28, 2025, Defendant Jetblue Airways Corporation removed this action from the Tarrant County Business Court to the Dallas Division of the Northern District of Texas. Tarrant County is within the Fort Worth Division of the Northern District of Texas, not the Dallas Division. The Court gave the parties the opportunity to object to a transfer of the case to the correct venue. (Doc. 3). As no objections have been filed, the Court hereby **TRANSFERS** this case to the Fort Worth Division of the Northern District of Texas.

**IT IS SO ORDERED** this 23rd day of June, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE